UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61830-CIV-SMITH

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.

RICHARD M. KIRSCH and ADAM TERRIS,

        Defendants.                    /

## ORDER GRANTING MOTION FOR ENTRY OF FINAL JUDGMENTS

This cause is before the Court upon Plaintiff's Unopposed Motion for Entry of Final Judgments Against Defendants Richard M. Kirsch and Adam Terris [DE 3]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's Unopposed Motion for Entry of Final Judgments Against Defendants Richard M. Kirsch and Adam Terris [DE 3] is **GRANTED**.

2. The Court will enter separate final judgments.

3. All pending motions not otherwise ruled upon are **DENIED as moot.**

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of September, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record