## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-cv-61830-RS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ADAM TERRIS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

### FINAL JUDGMENT AGAINST DEFENDANT ADAM TERRIS

This cause is before the Court upon Plaintiff Securities and Exchange Commission having filed a Complaint and Defendant Adam Terris having: entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to subject matter and personal jurisdiction, which Terris admits, and except as set forth in Section V below); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

### I.

### PERMANENT INJUNCTION

**IT IS ORDERED AND ADJUDGED** that Terris is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5(a) and (c) promulgated thereunder, 17 C.F.R. § 240.10b-5(a) and (c), by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or

sale of any security, to employ any device, scheme, or artifice to defraud and/or to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person, by: (i) buying or selling of any security of any issuer, on the basis of material nonpublic information, in breach of a fiduciary duty or other duty of trust or confidence that is owed directly, indirectly, or derivatively, to the issuer of that security or the shareholders of that issuer, or to any other person who is the source of the information; or (ii) communicating material nonpublic information about a security or issuer, in breach of a fiduciary duty or other duty of trust or confidence, to another person or persons for purposes of buying or selling any security.

**IT IS FURTHER ORDERED AND ADJUGED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Terris's offices, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Terris or with anyone described in (a).

## II.

## CIVIL PENALTY

**IT IS FURTHER ORDERED AND ADJUDGED** that Terris is liable for a civil penalty in the amount of $1,454,800 pursuant to Section 21A of the Exchange Act, 15 U.S.C. § 78u(d). Terris shall satisfy this obligation by paying $1,454,800 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Terris may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Terris may also pay by certified check, bank cashier's

check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> HQ Bldg. Room 265, AMK-326
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Adam Terris as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Terris shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action:

> Jordan A. Cortez, Esq.
> U.S. Securities and Exchange Commission
> Division of Enforcement
> 801 Brickell Avenue, Suite 1950
> Miami, Florida 33131

By making this payment, Terris relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Terris.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

Terris shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## III.

### <u>OFFICER AND DIRECTOR BAR</u>

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to Section 21(d)(2) of the Exchange Act, 15 U.S.C. § 78u(d)(2), Terris is prohibited, for five years following the date of entry of this Final Judgment, from acting as an officer or director of any issuer that has a class of

3

securities registered pursuant to Section 12 of the Exchange Act, 15 U.S.C. § 78l, or that is required to file reports pursuant to Section 15(d) of the Exchange Act, 15 U.S.C. § 78o(d).

## IV.

## INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Terris shall comply with all of the undertakings and agreements set forth therein.

## V.

## BANKRUPTCY NONDISCHARGEABILITY

**IT IS FURTHER ORDERED AND ADJUDGED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Complaint are true and admitted by Terris, and further, any debt for disgorgement, prejudgment interest, civil penalty, or other amounts due by Terris under the Final Judgment or any other judgment, order, consent order, decree, or settlement agreement entered in connection with this proceeding, is a debt for Terris's violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

## VI.

## <u>RETENTION OF JURISDICTION</u>

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction

of this matter for the purposes of enforcing the terms of this Final Judgment.


**DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of September, 2020.


**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**